

Office of Institutional Equity and Compliance

**PERSONAL AND CONFIDENTIAL**

April 22, 2016

Sheridan Thomas
*Hand Delivered*

Dear Sheridan,

This letter is to inform you of the outcome of an investigation of a complaint of sexual misconduct you filed with our office. Specifically, you alleged that on or about August 12-13, 2015, you were sexually assaulted by a male UNL student ("Respondent") when he vaginally penetrated you in a UNL residence hall without your consent. The applicable provisions of the Student Code of Conduct for the alleged conduct are 10(cc) "Sexual assault," 10(gg) "Sexual penetration" and 10(k) "Consent." "Sexual Assault" is committed when an actor subjects a person to sexual penetration (i) without the consent of the person, (ii) when the actor knew or should have known that the person was mentally or physically incapable of resisting or appreciating the nature of the person's own conduct. "Sexual penetration" means sexual intercourse in its ordinary meaning, or any intrusion however slight, of any part of the actor's or person's body or any object manipulated by the actor into the genital or anal openings of the person's body. "Consent" means agreement, approval or permission as to some act or purpose, given voluntary by a competent person. "Without consent" means the person was compelled to submit due to the use of force or threat of force. In order to determine whether Respondent violated this policy, the standard of proof required is a preponderance of evidence, i.e., the evidence demonstrates that it is more likely than not that the conduct occurred.

Based on the totality of the circumstances and the information obtained pursuant to this investigation, and a more likely than not standard of proof, the greater weight of the evidence shows Respondent did not violate the Student Code of Conduct with regard to this matter. This determination is based upon the following evidence: both parties agree you were interacting with each other in the residence hall room and you both consumed alcohol. You stated you were not intoxicated and you were in full control when the parties engaged in sexual activity. The parties provided conflicting versions regarding the parties' sexual interaction on Respondent's bed. Respondent alleges when his penis made contact with your vagina, you informed him you were not sure if you wanted to engage in further sexual activity. Respondent stopped and shortly thereafter, you guided Respondent's penis toward your vagina. When Respondent attempted to vaginally penetrate you, you put your hand up and bent your body forward telling Respondent to stop. Respondent stopped.

You, on the other hand, alleged you told Respondent you were not sure whether the parties should engage in sexual intercourse. When Respondent attempted to vaginally penetrate you, you said no and Respondent did not stop. You provided conflicting versions on whether Respondent was able to vaginally penetrate you. During one interview, you stated when Respondent attempted to vaginally penetrate you, you said no and Respondent did not vaginally penetrate you. During another interview, you indicated Respondent vaginally penetrated you "half way." You indicated you pushed Respondent off of you. Our investigation determined Respondent's version of the events surrounding the parties' interaction on the bed aligns more closely with the evidence presented by the parties.

Therefore, no sanction is deemed to be appropriate or necessary. However, it is advised you continue to refrain from contact with Respondent. Respondent is being advised of the same.

If you disagree with this finding, you have the option to request a hearing. Requests for hearing must be made within seven (7) University business days to the Vice Chancellor of Student Affairs. If you do not request a hearing within seven (7) University business days, the determination and recommended sanction will become final.

As we have previously discussed, there are numerous resources where you may turn for support. We encourage you to utilize the following resources to the extent they may be helpful:

UNL Resources

- Voices of Hope, Victim Advocacy Services (402) 472-0203
- Voices of Hope, 24 Hour Crisis Line (402) 475-7273
- University Health Center, Medical Clinic, 1500 U Street, (402) 472-5000
- University Police, 300 N 17th St, (402) 472-2222
- University Health Center, Counseling and Psychological Services, (402) 472-7450
- Student Legal Services, (402) 472-3350
- Women's Center, Director Jan Deeds, (402) 472-9428
- LGBTQA Resource Services, Director Pat Tetreault, (402) 472-1752

Community Resources

- Nebraska Domestic Violence Sexual Assault Coalition (402) 476-6256
- Women's Center for Advancement, 222 S 29th St. Omaha, (402) 345-6555
    - 24/7 Crisis Hotline: 402-345-727
    - Espanol Hotline: 402-672-7118

Please be assured the University takes complaints seriously and strives to ensure students, staff and faculty are safe and treated fairly. The University prohibits retaliation against persons who have filed complaints. You should not be subjected to any retaliatory conduct as a result of the

complaint you filed. If you have any questions or concerns, or would like assistance with resources, please feel free to call me.

Sincere regards,

*Tami Strickman*

Tami Strickman
Institutional Equity and Compliance
University of Nebraska–Lincoln
128 Canfield Administration Building, Lincoln, NE 68588-0437
Telephone: (402) 472-3417
Email: tami.strickman@unl.edu


cc:   Dr. Juan Franco, Vice Chancellor of Student Affairs
      Ryan Fette, Assistant Director, Student Conduct