IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHERIDAN THOMAS, MIRANDA MELSON, JANE DOE 1, JANE DOE 2, SYDNEY BRUN-OZUNA, JANE DOE 3, JANE DOE 4, JANE DOE 5, OTHER UNIDENTIFIED FEMALE DOES, and CAPRI DAVIS, | 4:20CV3081 |
| Plaintiffs, | ORDER TO SHOW CAUSE |
| vs. | |
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, UNIVERSITY OF NEBRASKA, UNIVERSITY OF NEBRASKA - LINCOLN, HANK BOUNDS, individually and in his official capacity; SUSAN FRITZ, individually and in her official capacity; WALTER "TED" CARTER, JR., individually and in his official capacity; PETE JEYARAM, individually and in his official capacity; HARVEY PERLMAN, individually and in his official capacity; RONNIE GREEN, individually and in his official capacity; LAURIE BELLOWS, individually and in her official capacity; JAKE JOHNSON, individually and in his official capacity; MATTHEW HECKER, individually and in his official capacity; SUSAN FOSTER, individually and in her official capacity; TAMIKO STRICKMAN, individually and in her official capacity; JEFF LAMOUREAUX, individually and in his official capacity; MEAGAN COUNLEY, individually and in her official capacity; RYAN FETTE, individually and in his official capacity; BRIANA PALLAS-SEARS, individually and in her official capacity; SUE KELLY MOORE, individually and in her official capacity; RICHARD MORRELL, individually and in his official capacity; SANDRA CHAVEZ, individually and in her official capacity; JAMIE PEER, individually and in her official capacity; and OTHER UNIDENTIFIED DEFENDANTS, | |
| Defendants. | |

This action was filed on July 20, 2020. (Filing No. 1.) Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiffs must serve its complaint on Defendants within ninety days of filing the lawsuit. To date, Plaintiffs have not filed any return of service indicating service on Defendants, nor have Defendants entered voluntary appearances.

Accordingly,

**IT IS ORDERED** that by or before November 18, 2020, Plaintiffs shall show cause why this action should not be dismissed for lack of prosecution. Failure to comply with this Order may result in the dismissal of this case without further notice.

Dated this 4th day of November, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge