IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHERIDAN THOMAS, MIRANDA MELSON, JANE DOE 1, JANE DOE 2, SYDNEY BRUN-OZUNA, JANE DOE 3, CAPRI DAVIS, JANE DOE 4, JANE DOE 5, and OTHER UNIDENTIFIED FEMALE DOES,<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and individuals PETE JEYARAM, LAURIE BELLOWS, JAKE JOHNSON, MATTHEW HECKER, TAMIKO STRICKMAN, JEFF LAMOUREAUX, MEAGAN COUNLEY, RYAN FETTE, BRIANA PALLAS-SEARS, SUE KELLY MOORE, SANDRA CHAVEZ, and JAMIE PEER, individually and in their official capacities, and OTHER UNIDENTIFIED DEFENDANTS,<br><br>Defendants. | Case No. 4:20-cv-03081<br><br>**DEFENDANTS' MOTION FOR LEAVE TO ADDRESS AND RESPOND TO THE UNITED STATES' STATEMENT OF INTEREST IN THEIR REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS AND TO SEVER** |

COME NOW Defendants—the Board of Regents of the University of Nebraska ("BRUN"); Pete Jeyaram ("Jeyaram"), individually and in his official capacity; Laurie Bellows ("Bellows"), individually and in her official capacity; Jake Johnson ("Johnson"), individually and his official capacity; Meagan Counley ("Counley"), individually and in her personal capacity; Tamiko Stickman ("Strickman"), individually and in her official capacity; Matthew Hecker ("Hecker"), individually and in his official capacity; Jeff Lamoureaux ("Lamoureaux), individually and in his official capacity; Ryan Fette ("Fette"), individually and in his official capacity; Briana Pallas-Sears ("Pallas-Sears"), individually and in her official capacity; Sue Kelly Moore ("Moore"), individually and in her official capacity; Sandra Chavez ("Chavez"), individually and her official capacity; and Jamie Peer ("Peer"), individually and her official capacity (collectively referred to as "Defendants")—by and through their attorneys of record,

and hereby move the Court, pursuant to NECivR 7.1(c)(2), leave to address and respond to the United States' Statement of Interest *[Filing No. 47]* in their Reply Brief in support of Motion to Dismiss and to Sever, which is due July 7, 2021. Defendants seek leave to file response to the Statement of Interest because the arguments included therein are different from or additional to the arguments raised in the Plaintiffs' Brief in Opposition to the Motion to Dismiss and Sever *[Filing No. 44]*, and without leave of this Court, Defendants will not have the opportunity to address the Statement of Interest arguments because "reply briefs may not raise new grounds for relief or present matters that do not relate to the opposing party's response."  NECivR 7.1(c)(2).

Counsel for Defendants did communicate with Plaintiffs' counsel regarding this Motion, and Plaintiffs' counsel has expressed they do not have objection to this Motion.

WHEREFORE, Defendants respectfully request the Court grant their Motion for leave to respond to and address the arguments raised in the United States' Statement of Interest in their Reply Brief in support of Motion to Dismiss and to Sever, due July 7, 2021.

Dated this 17th day of June, 2021.

|  | BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA; PETE JEYARAM, in his official and individual capacity; LAURIE BELLOWS, in her official and individual capacities; JAKE JOHNSON, in his individual and official capacity; MATTHEW HECKER, in his official capacity; TAMIKO STRICKMAN, in her individual and official capacity; JEFF LAMOUREAUX, in his individual and official capacity; MEAGAN COUNLEY, in her official and individual capacity; RYAN FETTE, in his individual and official capacity; BRIANA PALLAS-SEARS, in her individual and official capacity; SUE KELLY MOORE, in her official and individual capacity; SANDRA CHAVEZ, in her official and individual capacity; and JAMIE PEER, in her official and individual capacity, Defendants |
|---|---|
| By: | /s/ Lily Amare |
|  | Susan K. Sapp #19121 |
|  | Lily Amare #25735 |
|  | Cline Williams Wright |
|  |   Johnson & Oldfather, L.L.P. |
|  | 1900 U.S. Bank Building |
|  | 233 South 13th Street |
|  | Lincoln, NE 68508 |
|  | (402) 474-6900 |
|  | ssapp@clinewilliams.com |
|  | lamare@clinewilliams.com |
|  | AND |
|  | Bren H. Chambers, #23150 |
|  | Associate General Counsel |
|  | University of Nebraska |
|  | 3835 Holdrege Street |
|  | Lincoln, NE 68583-0745 |
|  | 402-472-1201 |
|  | bchambers@nebraska.edu |

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

Karen Truszkowski
TEMPERANCE LEGAL GROUP, PLLC
503 Mall Court #131
Lansing, MI 48912
karen@temperancelegalgroup.com

Elizabeth K. Abdnour
ELIZABETH ABDNOUR LAW, PLLC
1146 S. Washington Ave., Ste. D7
Lansing, MI 48910
elizabeth@abdnour.com

Whitney Pellegrino
Emily H. McCarthy
Brigid Benincasa
Amelia Huckins
United States Department of Justice
150 M Street, NE, 4CON
Washington, D.C. 20002
bridged.benincasa@usdoj.gov
amelia.huckins@usdoj.gov

                                              /s/ Lily Amare
                                              Lily Amare

4823-4260-9647, v. 1