## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHERIDAN THOMAS, MIRANDA MELSON, JANE DOE 1, JANE DOE 2, SYDNEY BRUN-OZUNA, JANE DOE 3, CAPRI DAVIS, JANE DOE 4, JANE DOE 5, and OTHER UNIDENTIFIED FEMALE DOES,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and individuals PETE JEYARAM, LAURIE BELLOWS, JAKE JOHNSON, MATTHEW HECKER, TAMIKO STRICKMAN, JEFF LAMOUREAUX, MEAGAN COUNLEY, RYAN FETTE, BRIANA PALLAS-SEARS, SUE KELLY MOORE, SANDRA CHAVEZ, and JAMIE PEER, individually and in their official capacities, and OTHER UNIDENTIFIED DEFENDANTS,<br><br>Defendants. | Case No. 4:20-cv-03081<br><br>Hon. Robert F. Rossiter, Jr.<br><br>Magistrate Judge Susan M. Bazis<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT** |

All Plaintiffs appeal to the United States Court of Appeals for the Eighth Circuit the following parts of the Memorandum and Order of the U.S. District Court for the District of Nebraska entered in this case on May 11, 2022:

- Plaintiffs Thomas, Melson, Brun-Ozuna, Jane Doe 3, Jane Doe 4, Davis, and Jane Doe 5's claims under Count I are dismissed with prejudice.

- Any such claims by the "other unidentified does" reflected in the case caption are dismissed without prejudice.

1

- All plaintiffs' claims under Counts II and V are dismissed with prejudice.

The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

Attorneys for Appellants:

Karen Truszkowski
TEMPERANCE LEGAL GROUP, PLLC
503 Mall Court #131
Lansing, MI 48912

Elizabeth Abdnour
ELIZABETH ABDNOUR LAW, PLLC
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915

Attorneys for Appellees:

Susan K. Sapp
Lily Amare
CLINE WILLIAMS WRIGHT JOHNSON
& OLDFATHER, L.L.P.
1900 U.S. Bank Building
233 South 13th Street
Lincoln, Nebraska 68508

Bren H. Chambers
Associate General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745

DATED:          June 9, 2022

Respectfully submitted,

**s/ Karen Truszkowski**
Bar Number: P56929 (MI)
TEMPERANCE LEGAL GROUP, PLLC
503 Mall Court #131
Lansing, MI 48912
Telephone: (844) 534-2560
Fax: (800) 531-6527
Email: karen@temperancelegalgroup.com

**s/ Elizabeth K. Abdnour**
Bar Numbers: 0081795 (OH), P78203 (MI)
ELIZABETH ABDNOUR LAW, PLLC
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915
Telephone: (517) 292-0067
Fax: (517) 709-7700
Email: elizabeth@abdnour.com

*Attorneys for Appellants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2022, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

<u>**s/ Elizabeth K. Abdnour**</u>
Elizabeth K. Abdnour
Attorney for Plaintiffs