# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 10, 2022

Ms. Elizabeth K. Abdnour
ABDNOUR LAW FIRM
Suite 4A-2
1100 W. Saginaw Street
Lansing, MI  48915

RE:  22-2233  Sheridan Thomas, et al v. Board of Regents, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

Your appeal is being referred to the court. A briefing schedule will not be established at this time. No additional pleadings are required from you. Our office will advise you of any action taken in your case.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

CJO

Enclosure(s)

cc:     Ms. Lily Amare
        Mr. Bren H. Chambers
        Ms. Denise M. Lucks
        Ms. Susan K. Sapp
        Ms. Karen Vahlbusch Truszkowski

        District Court/Agency Case Number(s):   4:20-cv-03081-RFR

**Caption For Case Number:   22-2233**

Sheridan Thomas; Miranda Melson; John Doe 1; John Doe 2; Sydney Brun-Ozuna; John Doe 3; John Doe 4; John Doe 5; Other Unidentified Female Does; Capri Davis

    Plaintiffs - Appellants

v.

Board of Regents of the University of Nebraska; Pete Jeyaram, in his individual capacity; Laurie Bellows, in her individual capacity; Jake Johnson, in his individual capacity; Matthew Hecker, in his individual capacity; Tamiko Strickman, in her individual capacity; Jeff Lamoureaux, in his individual capacity; Meagan Counley, in her individual capacity; Ryan Fette, in his individual capacity; Briana Pallas-Sears, in her individual capacity; Sue Kelly Moore, in her individual capacity; Sandra Chavez, in her individual capacity; Jamie Peer, in her individual capacity; Other Unidentified Defendants

    Defendants - Appellees

**Addresses For Case Participants:   22-2233**

Ms. Elizabeth K. Abdnour
ABDNOUR LAW FIRM
Suite 4A-2
1100 W. Saginaw Street
Lansing, MI  48915

Ms. Lily Amare
CLINE & WILLIAMS
1900 U.S. Bank Building
233 S. 13th Street
Lincoln, NE  68508-0000

Mr. Bren H. Chambers
UNIVERSITY OF NEBRASKA
Office of Vice President & General Counsel
3835 Holdrege Street
P.O. Box 830745
Lincoln, NE  68583-0745

Ms. Denise M. Lucks
U.S. DISTRICT COURT
District of Nebraska
Room 593
100 Centennial Mall North
Lincoln, NE  68508-3803


Ms. Susan K. Sapp
CLINE & WILLIAMS
1900 U.S. Bank Building
233 S. 13th Street
Lincoln, NE  68508-0000

Ms. Karen Vahlbusch Truszkowski
TEMPERANCE LEGAL GROUP, PLLC.
Suite 131
503 Mall Court
Lansing, MI  48912