# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-2233

_____

Sheridan Thomas; Miranda Melson; John Doe 1; John Doe 2; Sydney Brun-Ozuna; John Doe 3; John Doe 4; John Doe 5; Other Unidentified Female Does; Capri Davis

Plaintiffs - Appellants

v.

Board of Regents of the University of Nebraska; Pete Jeyaram, in his individual capacity; Laurie Bellows, in her individual capacity; Jake Johnson, in his individual capacity; Matthew Hecker, in his individual capacity; Tamiko Strickman, in her individual capacity; Jeff Lamoureaux, in his individual capacity; Meagan Counley, in her individual capacity; Ryan Fette, in his individual capacity; Briana Pallas-Sears, in her individual capacity; Sue Kelly Moore, in her individual capacity; Sandra Chavez, in her individual capacity; Jamie Peer, in her individual capacity; Other Unidentified Defendants

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:20-cv-03081-RFR)

_____

**JUDGMENT**

Before LOKEN, SHEPHERD, and GRASZ, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction.

June 17, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
 /s/ Michael E. Gans