# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2233

Sheridan Thomas, et al.

Appellants

v.

Board of Regents of the University of Nebraska, et al.

Appellees

---

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:20-cv-03081-RFR)

---

**MANDATE**

In accordance with the judgment of 06/17/2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 08, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit