IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, | Case No. 4:20-cv-03081 |
| Plaintiffs, | |
| vs. | **JOINT MOTION FOR PROTECTIVE ORDER AND TO PROCEED UNDER PSEUDONYM** |
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | |
| Defendant. | |

COME NOW the Plaintiffs, Jane Doe 1 and Jane Doe 2 ("Plaintiffs") and Defendant Board of Regents of the University of Nebraska ("Board of Regents"), by and through their respective counsel, and hereby jointly move the Court pursuant to Fed. R. Civ. P. 26(c), to enter into a proposed Stipulated Protective Order, which was attached to the Rule 26(f) report, in order to preserve the confidentiality and protection of certain information that will be disclosed in this action; and move to allow Plaintiffs to proceed pseudonymously because of the highly sensitive and personal nature of the case.

Dated this 12th the day of August, 2022.

JANE DOE 1 and JANE DOE 2, Plaintiffs

By:    /s/ Karen Truszkowski
       Karen Truszkowski, P56929 (MI)
       TEMPERANCE LEGAL GROUP, PLLC
       503 Mall Court #131
       Lansing, MI 48912
       (844) 534-2560
       karen@temperancelegalgroup.com


       AND

Elizabeth K. Abdnour, P78203 (MI)
ELIZABETH ABDNOUR LAW, PLLC
1146 S. Washington Ave., Ste. D7
Lansing, MI 48910
(517) 292-0067
elizabeth@abdnour.com


BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA, Defendant

By:     /s/ Lily Amare
        Susan K. Sapp #19121
        Lily Amare #25735
        Cline Williams Wright
          Johnson & Oldfather, L.L.P.
        1900 U.S. Bank Building
        233 South13th Street
        Lincoln, NE 68508
        (402) 474-6900
        ssapp@clinewilliams.com
        lamare@clinewilliams.com

                AND

        Bren H. Chambers, #23150
        Deputy General Counsel
        University of Nebraska
        3835 Holdrege Street
        Lincoln, NE 68583-0745
        402-472-1201
        bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

        I hereby certify that on August 12, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

Karen Truszkowski                       Elizabeth K. Abdnour
TEMPERANCE LEGAL GROUP, PLLC            ELIZABETH ABDNOUR LAW, PLLC
503 Mall Court #131                     1146 S. Washington Ave., Ste. D7
Lansing, MI 48912                       Lansing, MI 48910
karen@temperancelegalgroup.com          elizabeth@abdnour.com


                                        /s/ Lily Amare
                                        Lily Amare


4856-4927-4925, v. 1

2