IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2,<br><br>      Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA,<br><br>      Defendant. | Case No. 4:20-cv-03081<br><br>**NOTICE OF SERVICE OF DEFENDANT'S MANDATORY INITIAL DISCLOSURE** |

To:    Jane Doe 1 and Jane Doe 2, Plaintiffs, by and through their attorneys of record Karen Truszkowski and Elizabeth K. Abdnour

    COMES NOW the Defendant the Board of Regents of the University of Nebraska ("Board of Regents"), by and through their undersigned counsel, and state that on the 26th day of September, 2022, they caused Defendant's Initial Disclosures to be served on Plaintiffs by emailing the same to their counsel of record Karen Truszkowski (karen@temperancelegalgroup.com) and Elizabeth K. Abdnour (elizabeth@abdnour.com). Ms. Truszkowski and Ms. Abdnour have agreed to electronic service in accordance with Local Rule 5.4(b).

    Dated this 26th day of September, 2022.

                                                BOARD OF REGENTS OF THE
                                                UNIVERSITY OF NEBRASKA, Defendant

By:   /s/ Lily Amare_____
        Susan K. Sapp #19121
        Lily Amare #25735
        Cline Williams Wright
         Johnson & Oldfather, L.L.P.
        1900 U.S. Bank Building
        233 South 13th Street
        Lincoln, NE 68508
        (402) 474-6900
        ssapp@clinewilliams.com
        lamare@clinewilliams.com

                AND

Bren H. Chambers, #23150
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
402-472-1201
bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

      I hereby certify that on September 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

| | |
|---|---|
| Karen Truszkowski<br>TEMPERANCE LEGAL GROUP, PLLC<br>503 Mall Court #131<br>Lansing, MI 48912<br>karen@temperancelegalgroup.com | Elizabeth K. Abdnour<br>ELIZABETH ABDNOUR LAW, PLLC<br>1146 S. Washington Ave., Ste. D7<br>Lansing, MI 48910<br>elizabeth@abdnour.com |

                                                /s/ Lily Amare_____
                                                Lily Amare

4886-4167-5317, v. 1