IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA,<br><br>　　　　Defendant. | Case No. 4:20-cv-03081<br><br>**JOINT STIPULATED MOTION TO EXTEND DEADLINES** |

COME NOW Plaintiffs Jane Doe 1 and Jane Doe 2, and Defendant by and through their respective undersigned counsel, and request that the following deadlines be extended:

1. The deadlines for identifying and providing complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), be extended from February 28, 2023 to **April 30, 2023** for the plaintiff(s) and from April 30, 2023 **June 30, 2023.** for the defendant(s).

2. Deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure be extended from January 31, 2023 to **July 30, 2023.** Deadline to file motions to compel written discovery under Rules 33, 34, 36 and 45 be extended from February 14, 2022 to **August 30, 2023.**

3. The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45 from June 30, 2023 to **September 30, 2023**.

5. The deadline for filing motions to dismiss and motions for summary judgment from October 31, 2023 to **January 31, 2024**.

6. The deadline for filing motions to exclude testimony on Daubert and related grounds from June 30, 2023, to **September 30, 2023**.

7. The parties are working diligently to comply with all of the Court deadlines. The Parties have been and continue to be actively engaged with written discovery. The extension of the above deadlines will allow the parties sufficient time to discover the facts at issue in this case. The enlargement of time requested will not cause any undue hardship or prejudice to any party.

WHEREFORE, Plaintiffs and Defendant respectfully requests that this Court extend the above deadline as requested herein.

DATED this 31st day of January, 2023.

JANE DOE 1 AND JANE DOE 2, Plaintiffs

By: s/Elizabeth Abdnour
ELIZABETH ABDNOUR LAW, PLLC
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915
(517) 292-0067
elizabeth@abdnour.com

s/Karen Truszkowski
TEMPERANCE LEGAL GROUP, PLLC
503 Mall Court #131
Lansing, MI 48912
(844) 534-2560
karen@temperancelegalgroup.com

BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA, Defendant

By: /s/ Lily Amare
Susan K. Sapp #19121
Lily Amare #25735
Cline Williams Wright
 Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 South 13th Street
Lincoln, NE 68508
(402) 474-6900
ssapp@clinewilliams.com
lamare@clinewilliams.com

AND

2

Bren H. Chambers, #23150
Associate General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
402-472-1201
bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 31, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

| | |
|---|---|
| Karen Truszkowski | Elizabeth K. Abdnour |
| TEMPERANCE LEGAL GROUP, PLLC | ELIZABETH ABDNOUR LAW, PLLC |
| 503 Mall Court #131 | 1146 S. Washington Ave., Ste. D7 |
| Lansing, MI 48912 | Lansing, MI 48910 |
| karen@temperancelegalgroup.com | elizabeth@abdnour.com |

              /s/ Lily Amare
              Lily Amare

4874-2120-6606, v. 1