UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, | Case No. 4:20-cv-3081 |
| Plaintiff, | HON. ROBERT F. ROSSITER, JR. |
| v. | |
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | |
| Defendants. | |
| _____/ | |

## NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Rule 1.3(e), I, Elizabeth Abdnour, notify the Court that my address has changed as listed below:

Old address: 1100 W. Saginaw St., Suite 4A-2, Lansing, MI 48915

New address: 500 E. Michigan Ave., Suite 130, Lansing, MI 48912

My telephone number remains the same.

| | |
|---|---|
| Date: June 6, 2023 | Respectfully submitted, |
| | **s/Elizabeth K. Abdnour** |
| | Elizabeth K. Abdnour (P78203) |
| | Elizabeth Abdnour Law, PLLC |
| | Attorney for Plaintiff |
| | 500 E. Michigan Ave., Ste. 130 |
| | Lansing, MI 48912 |
| | 517-292-0067 |
| | elizabeth@abdnour.com |

1