IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2,<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA,<br><br>Defendant. | Case No. 4:20-cv-03081<br><br>**NOTICE OF SERVICE OF DEFENDANT'S ANSWERS TO INTERROGATORIES, RESPONSES TO REQUESTS FOR ADMISSIONS AND RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS** |

To: Jane Doe 1 and Jane Doe 2, Plaintiffs, by and through their attorneys of record Karen Truszkowski and Elizabeth K. Abdnour

COMES NOW the Defendant the Board of Regents of the University of Nebraska ("Board of Regents"), by and through their undersigned counsel, and state that on the 18th day of October, 2023, they caused Defendant's Answers to Interrogatories, Responses to Requests for Admissions and Responses to Requests for Production of Documents to be served on Plaintiffs by emailing the same to their counsel of record Karen Truszkowski (karen@temperancelegalgroup.com) and Elizabeth K. Abdnour (liz@education-rights.com). Ms. Truszkowski and Ms. Abdnour have agreed to electronic service in accordance with Local Rule 5.4(b).

Dated this 18th day of October, 2023.

                        BOARD OF REGENTS OF THE
                        UNIVERSITY OF NEBRASKA, Defendant

By:   /s/ Lily Amare
       Susan K. Sapp #19121
       Lily Amare #25735
       Cline Williams Wright
        Johnson & Oldfather, L.L.P.
       1900 U.S. Bank Building
       233 South 13th Street
       Lincoln, NE 68508
       (402) 474-6900
       ssapp@clinewilliams.com
       lamare@clinewilliams.com

             AND

       Bren H. Chambers, #23150
       Deputy General Counsel
       University of Nebraska
       3835 Holdrege Street
       Lincoln, NE 68583-0745
       (402) 472-1201
       bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

| | |
|---|---|
| Karen Truszkowski | Elizabeth K. Abdnour |
| TEMPERANCE LEGAL GROUP, PLLC | ABDNOUR WEIKER, LLP |
| 503 Mall Court #131 | 500 E. Michigan Ave., Ste. 130 |
| Lansing, MI 48912 | Lansing, MI 48912 |
| karen@temperancelegalgroup.com | liz@education-rights.com |

                                                                /s/ Lily Amare
                                                                 Lily Amare

4878-8763-6104, v. 1