IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, <br><br> Plaintiffs, <br><br> vs. <br><br> BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, <br><br> Defendant. | Case No. 4:20-cv-03081 <br><br> **ENTRY OF APPEARANCE** |

Now comes the below undersigned counsel who gives notice that said attorney is entering an appearance in this matter as counsel for the Plaintiff. Please serve all further notices and copies of pleadings, papers, and other relevant material upon the undersigned.

| | |
|---|---|
| Date:   January 15, 2024, | Respectfully submitted, <br><br> **s/Megan N. Mitchell** <br> Megan N. Mitchell <br> ABDNOUR WEIKER, LLC <br> Attorney for Plaintiff <br> 500 E. Michigan Ave. Ste. 130 <br> Lansing, MI 48912 <br> 517-994-1776 <br> megan@education-rights.com |

**CERTIFICATE OF SERVICE**

Megan N. Mitchell, being first duly sworn, deposes and states that on this 15th day of January 2024, she caused to be served a copy of the foregoing document upon all counsel of record via the Court's electronic filing system.

**s/Megan N. Mitchell**