IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2,<br><br>        Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA;<br><br>        Defendant. | **CASE NO. 4:20-CV-03081**<br><br>**NOTICE OF DEPOSITION OF JOSEPHINE DOHERTY** |

To:    Jane Doe 1 and Jane Doe 2, Plaintiffs, by and through her attorneys of record Karen Truszkowski and Elizabeth K. Abdnour

PLEASE TAKE NOTICE that, counsel for Defendant, Board of Regents of the University of Nebraska ("BRUN") will take the deposition of Josephine Doherty, on Monday, February 19, 2024. The deposition will commence at 9:00 a.m., CST, and shall continue until complete. Such testimony shall be recorded by stenographic means and shall be preserved in a written transcript. The deposition will be recorded by a certified court reporter who is not otherwise interested in this matter and will be used for discovery and as evidence in the above-captioned matter. The deposition will convene utilizing video conferencing or Zoom.

Dated this 9th day of February, 2024.

                                        BOARD OF REGENTS OF THE
                                        UNIVERSITY OF NEBRASKA, Defendants.

                            By:    /s/ Lily Amare
                                    Susan K. Sapp #19121
                                    Lily Amare #25735
                                    Cline Williams Wright
                                      Johnson & Oldfather, L.L.P.
                                    1900 U.S. Bank Building
                                    233 South 13th Street
                                    Lincoln, NE 68508
                                    (402) 474-6900
                                    ssapp@clinewilliams.com
                                    lamare@clinewilliams.com

                                          AND

2

                                        Bren H. Chambers, #23150
                                        Deputy General Counsel
                                        University of Nebraska
                                        3835 Holdrege Street
                                        Lincoln, NE 68583-0745
                                        (402) 472-1201
                                        bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

                                        /s/ Lily Amare
                                        Lily Amare

4877-7036-5336, v. 1