IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA;<br><br>　　　　Defendant. | **CASE NO. 4:20-CV-03081**<br><br>**NOTICE OF DEPOSITION OF JANE DOE 2** |

To:   Jane Doe 1 and Jane Doe 2, Plaintiffs, by and through her attorneys of record Karen Truszkowski and Elizabeth K. Abdnour

　　　PLEASE TAKE NOTICE that counsel for Defendant, Board of Regents of the University of Nebraska ("BRUN") will take the deposition of Jane Doe 2, on Friday, March 15, 2024. The deposition will commence at 9:00 a.m., CST, and shall continue until complete. Such testimony shall be recorded by stenographic means and shall be preserved in a written transcript.  The deposition will be recorded by a certified court reporter who is not otherwise interested in this matter and will be used for discovery and as evidence in the above-captioned matter. The deposition will convene at Cline Williams Wright Johnson and Oldfather, 233 South 13th Street, #1900, Lincoln, Nebraska 68508.

　　　Dated this 9th day of February, 2024.

　　　　　　　　　　　　　　　　　　　　　　　BOARD OF REGENTS OF THE
　　　　　　　　　　　　　　　　　　　　　　　UNIVERSITY OF NEBRASKA, Defendants.

　　　　　　　　　　　　　By:　　/s/ Lily Amare
　　　　　　　　　　　　　　　　　Susan K. Sapp #19121
　　　　　　　　　　　　　　　　　Lily Amare #25735
　　　　　　　　　　　　　　　　　Cline Williams Wright
　　　　　　　　　　　　　　　　　 Johnson & Oldfather, L.L.P.
　　　　　　　　　　　　　　　　　1900 U.S. Bank Building
　　　　　　　　　　　　　　　　　233 South13th Street
　　　　　　　　　　　　　　　　　Lincoln, NE 68508
　　　　　　　　　　　　　　　　　(402) 474-6900
　　　　　　　　　　　　　　　　　ssapp@clinewilliams.com
　　　　　　　　　　　　　　　　　lamare@clinewilliams.com

　　　　　　　　　　　　　　　　　AND

2

                              Bren H. Chambers, #23150
                              Deputy General Counsel
                              University of Nebraska
                              3835 Holdrege Street
                              Lincoln, NE 68583-0745
                              (402) 472-1201
                              bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

                              /s/ Lily Amare
                              Lily Amare

4888-0804-4702, v. 1