UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

JANE DOE 1, and JANE DOE 2,

Plaintiffs,

v.

BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA,

Defendant.

Case No. 4:20-CV-3081
District Judge Robert F. Rossiter, Jr.
Magistrate Judge Susan M. Bazis

Karen Truszkowski
TEMPERANCE LEGAL GROUP, PLLC
Attorney for Plaintiff
503 Mall Court #131
Lansing, MI 48912
(844) 534-2560 phone
(800)531-6527 fax
karen@temperancelegalgroup.com

Elizabeth K. Abdnour
Megan Mitchell
ABDNOUR WEIKER, LLP
Attorneys for Plaintiff
500 E. Michigan Ave, Ste. 130
Lansing, MI 48912
(517) 994-1776 phone
liz@education-rights.com
megan@education-rights.com

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Attorney Karen Truszkowski, Counsel of Record for Plaintiffs, and hereby requests that this Honorable Court permit the undersigned to withdraw as Counsel pursuant to NEGenR 1.3(f) for the following reasons:

1

1. Plaintiffs' Counsel, Karen Truszkowski, respectfully requests that she be allowed to withdraw as Plaintiffs' Counsel in the within matter.

2. Good cause exists to permit Counsel's withdrawal in the above-captioned matter.

3. Plaintiffs have been notified of Counsel's request to withdraw and does not object.

4. Elizabeth Abdnour and Megan Mitchell, Co-Counsel on this matter, will remain as Counsel for Plaintiffs. As such, there will not be any delay to the pending litigation.

5. Co-Counsel does not object to Counsel withdrawing from the within matter.

WHEREFORE, Karen Truszkowski respectfully requests that this Honorable Court allow her withdrawal from the instant matter.

Dated: February 2, 2024

/s/ *Karen Truszkowski*
_____
Karen Truszkowski
TEMPERANCE LEGAL GROUP, PLLC
503 Mall Court #131
Lansing, MI 48912
(844) 534-2560 phone
(800) 531-6527 fax
karen@temperancelegalgroup.com

Dated: February 3, 2024

/s/ *Elizabeth K. Abdnour*

*Signed by Karen Truszkowski with permission of Elizabeth K. Abdnour*
_____
Elizabeth K. Abdnour
Megan Mitchell
ELIZABETH ABDNOUR LAW, PLLC
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915
(517) 292-0067 phone
elizabeth@abdnour.com