IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2,<br><br>        Plaintiffs,<br><br>  vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY<br>OF NEBRASKA;<br><br>        Defendant. | **CASE NO. 4:20-CV-03081**<br><br>**NOTICE OF DEPOSITION OF<br>ANDREW C. VERZILLI** |

To:    Jane Doe 1 and Jane Doe 2, Plaintiffs, by and through her attorneys of record Karen Truszkowski and Elizabeth K. Abdnour

PLEASE TAKE NOTICE that, counsel for Defendant, Board of Regents of the University of Nebraska ("BRUN") will take the deposition of Andrew C. Verzilli, on Monday, May 20, 2024. The deposition will commence at 9:00 a.m., CDT, and shall continue until complete. Such testimony shall be recorded by stenographic means and shall be preserved in a written transcript.  The deposition will be recorded by a certified court reporter who is not otherwise interested in this matter and will be used for discovery and as evidence in the above-captioned matter. The deposition will convene utilizing video conferencing or Zoom.

Dated this 30th day of April, 2024.

BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA, Defendant.

By:    /s/ Lily Amare
        Susan K. Sapp #19121
        Lily Amare #25735
        Cline Williams Wright
         Johnson & Oldfather, L.L.P.
        1900 U.S. Bank Building
        233 South 13th Street
        Lincoln, NE 68508
        (402) 474-6900
        ssapp@clinewilliams.com
        lamare@clinewilliams.com

        AND

Bren H. Chambers, #23150
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
(402) 472-1201
bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.


/s/ Lily Amare
Lily Amare


4876-1940-5749, v. 1

2