IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2,<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA,<br><br>Defendant. | Case No. 4:20-cv-03081<br><br>**NOTICE OF SERVICE OF DEFENDANT'S EXPERT DISCLOSURES** |

To: Jane Doe 1 and Jane Doe 2, Plaintiffs, by and through their attorneys of record Elizabeth K. Abdnour and Megan N. Mitchell

COMES NOW the Defendant Board of Regents of the University of Nebraska ("Board of Regents"), by and through their undersigned counsel, and state that on the 17th day of May, 2024, they caused Defendant's Expert Disclosures to be served on Plaintiffs by emailing the same to their counsel of record, Elizabeth K. Abdnour (liz@education-rights.com) and Megan N. Mitchell (megan@education-rights.com).

Ms. Abdnour and Ms. Mitchell have agreed to electronic service in accordance with Local Rule 5.4(b).

Dated this 17th day of May, 2024.

|  |  |
|---|---|
|  | BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, Defendant |
| By: | /s/ Lily Amare<br>Susan K. Sapp #19121<br>Lily Amare #25735<br>Cline Williams Wright<br>  Johnson & Oldfather, L.L.P.<br>1900 U.S. Bank Building<br>233 South 13th Street<br>Lincoln, NE 68508<br>(402) 474-6900<br>ssapp@clinewilliams.com<br>lamare@clinewilliams.com |
|  | AND |
|  | Bren H. Chambers, #23150<br>Deputy General Counsel<br>University of Nebraska<br>3835 Holdrege Street<br>Lincoln, NE 68583-0745<br>(402) 472-1201<br>bchambers@nebraska.edu |

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

/s/ Lily Amare
Lily Amare

4860-0400-9405, v. 1