IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1, and JANE DOE 2,<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA,<br><br>Defendant. | 4:20CV3081<br><br>**SIXTH AMENDED FINAL PROGRESSION ORDER** |

The undersigned held a status conference with counsel for the parties on May 31, 2024. Plaintiffs and Defendant both orally motioned to extend certain deadlines in the Fifth Amended Final Progression Order. Filing No. 99. All motions were unopposed. The Court granted the parties' motions for good cause shown.

Accordingly,

IT IS ORDERED that the final progression order is as follows:

1) The deadline for deposition of identified experts, retained and non-retained, including but not limited to depositions for oral testimony only under Rule 45, is July 31, 2024.

2) The deadline for filing motions to exclude testimony on Daubert and related grounds is September 3, 2024.

3) The deadline for filing motions to dismiss and motions for summary judgment is August 1, 2024. The deadline for filing a Brief in Opposition to a dispositive motion is September 3, 2024.

4) All other deadlines and provisions in the Court's Fifth Amended Final Progression Order, Filing No. 99, remain unchanged.

Dated this 31st day of May, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge