IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1, and JANE DOE 2,<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA,<br><br>Defendant. | 4:20CV3081<br><br>**ORDER SETTING TRIAL AND PRETRIAL CONFERENCE** |

IT IS ORDERED:

1) The non-jury trial of this case is set to commence before Robert F. Rossiter, Jr., Chief United States District Judge, in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **April 14, 2025**, or as soon thereafter as the case may be called, for a duration of eight (8) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **March 21, 2025** at **1:00 p.m.**, and will be conducted by internet conferencing. Conferencing instructions will be provided by the court prior to the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to deluca@ned.uscourts.gov, in Word format, by 5:00 p.m. on March 14, 2025.

3) The parties are ordered to comply with Judge Rossiter's Civil Non-Jury Trial Practices posted at:
https://www.ned.uscourts.gov/attorney/judges-information.

4) Motions in limine and motions for pre-trial evidentiary hearings on the

admissibility of evidence must be filed at least twenty-eight days prior to trial.

Dated this 31st day of May, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge