IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2,<br><br>           Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA;<br><br>           Defendant. | **CASE NO. 4:20-CV-03081**<br><br>**SECOND AMENDED NOTICE OF DEPOSITION OF JOSEPHINE DOHERTY** |

To:    Jane Doe 1 and Jane Doe 2, Plaintiffs, by and through their attorneys of record Elizabeth K. Abdnour and Megan Mitchell

PLEASE TAKE NOTICE that, counsel for Defendant, Board of Regents of the University of Nebraska ("BRUN") will take the deposition of Josephine Doherty, on Tuesday, June 11, 2024. The deposition will commence at 4:00 p.m., CDT, and shall continue until complete. Such testimony shall be recorded by stenographic means and shall be preserved in a written transcript. The deposition will be recorded by a certified court reporter who is not otherwise interested in this matter and will be used for discovery and as evidence in the above-captioned matter. The deposition will convene utilizing video conferencing or Zoom.

Dated this 6th day of June, 2024.

                                                  BOARD OF REGENTS OF THE
                                                  UNIVERSITY OF NEBRASKA, Defendant.

                                By:    /s/ Lily Amare
                                              Susan K. Sapp #19121
                                              Lily Amare #25735
                                              Cline Williams Wright
                                               Johnson & Oldfather, L.L.P.
                                              1900 U.S. Bank Building
                                              233 South 13th Street
                                              Lincoln, NE 68508
                                              (402) 474-6900
                                              ssapp@clinewilliams.com
                                              lamare@clinewilliams.com

                                                        AND

        Bren H. Chambers, #23150
        Deputy General Counsel
        University of Nebraska
        3835 Holdrege Street
        Lincoln, NE 68583-0745
        (402) 472-1201
        bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 6, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

        /s/ Lily Amare
        Lily Amare

4854-0926-9182, v. 1