IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, <br><br> Plaintiffs, <br><br> vs. <br><br> BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, <br><br> Defendant. | **CASE NO. 4:20-CV-03081** <br><br> **NOTICE OF CONTINUED DEPOSITION OF JOSEPHINE DOHERTY** |

To:   Jane Doe 1 and Jane Doe 2, Plaintiffs, by and through their attorneys of record Elizabeth K. Abdnour and Megan Mitchell

PLEASE TAKE NOTICE that, counsel for Defendant, Board of Regents of the University of Nebraska ("BRUN") will take the continued deposition of Josephine Doherty, on Friday, July 12, 2024. The deposition will commence at 8:30 a.m., CDT, and shall continue until complete. Such testimony shall be recorded by stenographic means and shall be preserved in a written transcript. The deposition will be recorded by a certified court reporter who is not otherwise interested in this matter and will be used for discovery and as evidence in the above-captioned matter. The deposition will convene utilizing video conferencing or Zoom.

Dated this 8th day of July, 2024.

                              BOARD OF REGENTS OF THE
                              UNIVERSITY OF NEBRASKA, Defendant.

                By:    /s/ Lily Amare
                          Susan K. Sapp #19121
                          Lily Amare #25735
                          Cline Williams Wright
                            Johnson & Oldfather, L.L.P.
                          1900 U.S. Bank Building
                          233 South 13th Street
                          Lincoln, NE 68508
                          (402) 474-6900
                          ssapp@clinewilliams.com
                          lamare@clinewilliams.com

                              AND

2

>Bren H. Chambers, #23150
>Deputy General Counsel
>University of Nebraska
>3835 Holdrege Street
>Lincoln, NE 68583-0745
>(402) 472-1201
>bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

>/s/ Lily Amare
>Lily Amare

4890-3539-7063, v. 1