IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2,<br><br>        Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA,<br><br>        Defendant. | **CASE NO. 4:20-CV-03081**<br><br>**NOTICE OF CONTINUED DEPOSITION OF JOSEPHINE DOHERTY** |

To:    Jane Doe 1 and Jane Doe 2, Plaintiffs, by and through their attorneys of record Elizabeth K. Abdnour and Megan Mitchell

PLEASE TAKE NOTICE that, counsel for Defendant, Board of Regents of the University of Nebraska ("BRUN") will take the continued deposition of Josephine Doherty, on Thursday, July 25, 2024. The deposition will commence at 8:30 a.m., CDT, and shall continue until complete. Such testimony shall be recorded by stenographic means and shall be preserved in a written transcript. The deposition will be recorded by a certified court reporter who is not otherwise interested in this matter and will be used for discovery and as evidence in the above-captioned matter. The deposition will convene utilizing video conferencing or Zoom.

Dated this 22nd day of July, 2024.

                                            BOARD OF REGENTS OF THE
                                            UNIVERSITY OF NEBRASKA, Defendant.

                          By:    /s/ Lily Amare
                                  Susan K. Sapp #19121
                                  Lily Amare #25735
                                  Cline Williams Wright
                                   Johnson & Oldfather, L.L.P.
                                  1900 U.S. Bank Building
                                  233 South 13th Street
                                  Lincoln, NE 68508
                                  (402) 474-6900
                                  ssapp@clinewilliams.com
                                  lamare@clinewilliams.com

                                                  AND

Bren H. Chambers, #23150
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
(402) 472-1201
bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

/s/ Lily Amare
Lily Amare

4858-9798-5234, v. 1