IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2,<br><br>    Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA,<br><br>    Defendant. | Case No. 4:20-cv-03081<br><br>**UNOPPOSED MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE** |

COMES NOW Defendant by and through their undersigned counsel, and respectfully requests that the deadline to file motions for summary judgment be extended from August 1, 2024, to September 3, 2024, which is the same day as the deadline to file motions to exclude testimony on Daubert related grounds. In support, Defendant needs additional time to finalize briefings and related evidence as it relates to the allegations of both Plaintiffs. Defendant also requires additional time to process the deposition testimony of Plaintiff's designated expert, Josephine Doherty, which was completed yesterday, July 25, 2024, and review the transcript, which the court reporters will make available next week. Defendant's counsel reached out to opposing counsel on July 25, 2024, and they are unopposed to said extension. Defendant is working diligently to comply with all of the Court deadlines. The enlargement of time requested will not cause any undue hardship or prejudice to any party.

WHEREFORE, Defendant respectfully requests that this Court extend the above deadline as requested herein.

DATED this 26th day of July, 2024.

                    BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA, Defendant

By:   /s/ Lily Amare
       Susan K. Sapp #19121
       Lily Amare #25735
       Cline Williams Wright
        Johnson & Oldfather, L.L.P.
       1900 U.S. Bank Building
       233 South 13th Street
       Lincoln, NE 68508
       (402) 474-6900
       ssapp@clinewilliams.com
       lamare@clinewilliams.com

       AND

Bren H. Chambers, #23150
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
(402) 472-1201
bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

      I hereby certify that on July 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

                    /s/ Lily Amare
                    Lily Amare

4863-5802-9779, v. 1