IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, | Case No. 4:20-cv-03081 |
| Plaintiffs, | |
| Vs. | |
| | **UNOPPOSED MOTION FOR EXTENSION OF RESPONSIVE MOTION DEADLINE** |
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | |
| Defendant. | |

COME NOW the Plaintiffs by and through their undersigned counsel, and respectfully request that the deadline to file a response to Defendant's motions for summary judgment be extended from September 3, 2024, to October 18, 2024. In support, Defendant's Motion to Extend was granted on July 26, 2024, setting the deadline for Summary Judgment and Daubert Motions to September 3, 2024, the same day Responses are currently due. Plaintiffs' counsel reached out to opposing counsel on July 26, 2024, and they are unopposed to said extension. Plaintiffs' counsel is working diligently to comply with all of the Court deadlines. The enlargement of time requested will not cause any undue hardship or prejudice to any party.

WHEREFORE, Plaintiffs respectfully requests that this Court extend the above deadline as requested herein.

DATED this 1st day of August, 2024.

JANE DOE 1 and JANE DOE 2,
Plaintiffs

By: /s/ Elizabeth K. Abdnour
   Elizabeth K. Abdnour (P78203)
   Megan N. Mitchell
   Abdnour Weiker, LLP
   Attorney for Plaintiffs
   500 E. Michigan Ave, Ste, 130
   Lansing, MI 48912
   P: (517) 994-1776
   F: (614) 417-5081
   liz@education-rights.com
   megan@education-rights.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 1 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

/s/ Megan N. Mitchell
Megan N. Mitchell