# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, | Case No. 4:20-cv-03081 |
| Plaintiffs, | |
| v. | **UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINE** |
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | |
| Defendant. | |

COME NOW the Plaintiffs by and through their undersigned counsel and for the reasons more fully set forth in the attached Memorandum in Support and respectfully request that the deadline to file responses to motions to dismiss, motions for summary judgment, and motions to exclude testimony on Daubert and related grounds be extended from September 3, 2024, to October 18, 2024.

Respectfully Submitted,

/s/ Elizabeth K. Abdnour
Elizabeth K. Abdnour
Megan N. Mitchell
Abdnour Weiker, LLP
Attorney for Plaintiffs
500 E. Michigan Ave., Ste. 130
Lansing, MI 48912
P: (517) 994-1776
F: (614) 417-5081
liz@education-rights.com
megan@education-rights.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on August 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

                                        s/Elizabeth K. Abdnour