**Re: MSJ Deadline**

**LA** Lily Amare <lamare@clinewilliams.com>
Fri, 26 Jul 2024 6:30:36 PM -0400 •

To  "Liz Abdnour" <liz@education-rights.com>

Cc  "Megan Mitchell" <megan@education-rights.com>, "Julie A. Alber" <JAlber@clinewilliams.com>

I should have thought of that myself and should have consulted with you and included it in my motion. My apologies. And, of course, we do not object. Thank you!
Sent from my iPhone

On Jul 26, 2024, at 5:19 PM, Liz Abdnour <liz@education-rights.com> wrote:

Hi Lily - it looks like the court did not extend the response deadline in today's order, so right now, per the current orders, both motions and responses are due on 9/3/24. I would like to file a motion to request that response deadline be extended commensurately but with some additional time, as a commensurate extension would put us at 10/7/24 and I have MSJ and Daubert responses due in another case on 10/9/24. Therefore, we would like to seek an extension to 10/18/24 for all responses. Do you have any objection? Thanks.

<1697065560818000_963128504.png>

**Liz Abdnour**
Partner
Pronouns: she/her/hers
liz@education-rights.com

Abdnour Weiker, LLP
| www.lawyers4students.com
P: (517) 994-1776 | F: (614) 417-5081

Local office: 500 E. Michigan Ave | Suite 130 | Lansing | MI | 48912
Mailing address: 262 S. 3rd Street | Columbus | OH | 43215

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---- On Thu, 25 Jul 2024 19:58:13 -0400 **Liz Abdnour <liz@education-rights.com>** wrote ---

OK, good news! I hope so!

<1.png>  **Liz Abdnour**
Partner
Pronouns: she/her/hers
liz@education-rights.com

Abdnour Weiker, LLP | www.lawyers4students.com

P: (517) 994-1776 | F: (614) 417-5081

Local office: 500 E. Michigan Ave | Suite 130 | Lansing | MI | 48912
Mailing address: 262 S. 3rd Street | Columbus | OH | 43215

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---- On Thu, 25 Jul 2024 19:44:52 -0400 **Lily Amare <lamare@clinewilliams.com>** wrote ---

Thank you, Liz. Also, I don't mean to give the impression that I am still sick. I can say I am fully recovered as of this week. Here is to hoping it stays that way.

Sent from my iPhone

> On Jul 25, 2024, at 6:40 PM, Liz Abdnour <liz@education-rights.com> wrote:
>
> Hi Lily - no objection and I hope you are on the mend soon.
>
> <1697065560818000_963128504.png>
>
> **Liz Abdnour**
> Partner
> Pronouns: she/her/hers
> liz@education-rights.com
>
> Abdnour Weiker, LLP
> | www.lawyers4students.com
> P: (517) 994-1776 | F: (614) 417-5081
>
> Local office: 500 E. Michigan Ave | Suite 130 | Lansing | MI | 48912
> Mailing address: 262 S. 3rd Street | Columbus | OH | 43215
>
> IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---- On Thu, 25 Jul 2024 18:49:04 -0400 **Lily Amare <lamare@clinewilliams.com>** wrote ---

Dear Megan and Liz:

Do you have any objections to 4 more weeks to file the MSJ (to file it along with the Daubert Motion)? It has just been a crazy couple of weeks with work and sickness.

Thank you,

Lily

LILY AMARE | Partner

<1.gif>

**CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P.**
233 South 13th Street | 1900 US Bank Bldg. | Lincoln, NE 68508
Direct: 402.479.7159 | Main: 402.474.6900 | www.clinewilliams.com
Lincoln | Omaha | Aurora | Fort Collins | Holyoke

☐☐ **2 Attachment(s)** • Download as Zip • Add To ›


1697065560818000_9631... .png
14.2 KB •


1.png
14.2 KB •