4/18/24, 2:14 PM
4:20-cv-03081-RFR-JMD Doc #0198-3 Filed: 08/05/24 Page 1 of 1 - Page ID # 953
Activity in Case 3:23-cv-00018-RSB-JCH Doe v. The University of Virginia et al Notice Rescheduling Hearing

## Activity in Case 3:23-cv-00018-RSB-JCH Doe v. The University of Virginia et al Notice Rescheduling Hearing

**EC** ecfnoticing@vawd.uscourts.gov <ecfnoticing@vawd.uscourts.gov>
Wed, 17 Apr 2024 9:34:23 AM -0400

To "vawd_ecf_nef" <vawd_ecf_nef@vawd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Western District of Virginia

### Notice of Electronic Filing

The following transaction was entered on 4/17/2024 at 9:32 AM EDT and filed on 4/17/2024

**Case Name:** Doe v. The University of Virginia et al
**Case Number:** 3:23-cv-00018-RSB-JCH
**Filer:**
**Document Number:** 47(No document attached)

**Docket Text:**
**Notice Rescheduling Hearing (CR)** previously set for 10/1-3/2024 at 9:00am before Judge Ballou in Charlottesville Jury Trial set for 12/9-11/2024 09:00 AM in Charlottesville before District Judge Robert S. Ballou. **Counsel must contact the Clerk's Office no later than five (5) business days before the scheduled trial date for your technology needs. (kab)**

**3:23-cv-00018-RSB-JCH Notice has been electronically mailed to:**

Devon J. Munro    dmunro@trialsva.com

Amy Elizabeth Hensley    hsc5te@virginia.edu

Christopher Praeger Bernhardt    cbernhardt@oag.state.va.us, erhodes@oag.state.va.us

Elizabeth Kamm Abdnour    liz@education-rights.com, abdnoure@recap.email, laura@education-rights.com

**3:23-cv-00018-RSB-JCH Notice has been delivered by other means to:**