IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2,<br><br>    Plaintiffs,<br><br>s.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA,<br><br>    Defendant. | Case No. 4:20-cv-03081<br><br>**DEFENDANT'S<br>MOTION FOR SUMMARY JUDGMENT** |

COMES NOW Defendant Board of Regents of the University of Nebraska ("BRUN"), pursuant to Fed. R. Civ. P. 56 and Local Rules NECivR 7.1 and 56.1, and respectfully moves the Court for summary judgment in its favor and against Plaintiffs, for the reason that the pleadings and the evidence submitted show that there is no genuine dispute as to any material fact and that they are entitled to judgment as a matter of law.

In support of its Motion, Defendant relies on the Index of Evidence, Evidence, Statement of Undisputed Material Facts, Brief in Support of its Motion for Summary Judgment filed contemporaneously herewith.

WHEREFORE, Defendant respectfully requests the Court grant its Motion for Summary Judgment and dismiss Plaintiffs' Second Amended Complaint in its entirety and with prejudice.

DATED this 3rd day of September, 2024.

        BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, Defendant

By:   /s/ Lily Amare
      Susan K. Sapp #19121
      Lily Amare #25735
      Cline Williams Wright
       Johnson & Oldfather, L.L.P.
      1900 U.S. Bank Building
      233 South 13th Street
      Lincoln, NE 68508
      (402) 474-6900
      ssapp@clinewilliams.com
      lamare@clinewilliams.com

              AND

      Bren H. Chambers, #23150
      Deputy General Counsel
      University of Nebraska
      3835 Holdrege Street
      Lincoln, NE 68583-0745
      (402) 472-1201
      bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

      /s/ Lily Amare
      Lily Amare

4863-6066-3776, v. 1