IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2,<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA,<br><br>Defendant. | Case No. 4:20-cv-03081<br><br>**NOTICE OF SERVICE OF DEFENDANT'S EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND MOTION TO EXCLUDE AND STRIKE EXPERTS** |

To:   Jane Doe 1 and Jane Doe 2, Plaintiffs, by and through their attorneys of record Elizabeth K. Abdnour and Megan N. Mitchell

COMES NOW the Defendant Board of Regents of the University of Nebraska ("Board of Regents"), by and through their undersigned counsel, and state that on the 4th day of September, 2024, they caused the following to be served on Plaintiffs by emailing the same to their counsel of record, Elizabeth K. Abdnour (liz@education-rights.com) and Megan N. Mitchell (megan@education-rights.com): **Exhibit S -** Recording of Doe 1's Interview on May 24, 2018; and **Exhibit FFF** - Audio Recording of the Pre-hearing conference held on May 16, 2018. These two documents/exhibits were exhibits that were hand-delivered to the Court on September 3, 2024.

Dated this 6th day of September, 2024.

2

                              BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, Defendant

By:   /s/ Lily Amare
       Susan K. Sapp #19121
       Lily Amare #25735
       Cline Williams Wright
        Johnson & Oldfather, L.L.P.
       1900 U.S. Bank Building
       233 South 13th Street
       Lincoln, NE 68508
       (402) 474-6900
       ssapp@clinewilliams.com
       lamare@clinewilliams.com

            AND

Bren H. Chambers, #23150
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
(402) 472-1201
bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

    I hereby certify that on September 6, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

                                       /s/ Lily Amare
                                       Lily Amare

4892-6937-6993, v. 1