# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2,<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA,<br><br>Defendant. | Case No. 4:20-cv-03081 |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE RESPONSIVE PLEADINGS

COME NOW Plaintiffs Jane Doe 1 ("Doe 1") and Jane Doe 2 ("Doe 2") by and through their attorneys and respectfully request an unopposed extension of the deadline for filing their responsive pleadings to Defendant's Motions for Summary Judgment and Daubert Motions, currently scheduled for Friday October 18, 2024. Plaintiffs rely upon the attached brief in support.

DATED: October 15, 2024

Respectfully submitted,

*/s/ Elizabeth K. Abdnour*
Elizabeth K. Abdnour
0081795 (OH), P78203 (MI)
Megan N. Mitchell
2102019 (AK) 53803 (CO) P87312 (MI)
ABDNOUR WEIKER, LLP
500 E. Michigan Ave., Ste. 130
Lansing, MI 48912
(517) 994-1776
(614) 417-5081
liz@education-rights.com
megan@education-rights.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 15, 2024, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

                                                           */s/ Elizabeth K. Abdnour*
                                                           Elizabeth K. Abdnour