IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2,<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA,<br><br>Defendant. | Case No. 4:20-cv-03081 |

**BRIEF IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE RESPONSIVE PLEADINGS**

COME NOW Plaintiffs Jane Doe 1 ("Doe 1") and Jane Doe 2 ("Doe 2") by and through their attorneys and respectfully request a two-week extension of the deadline for filing their response to Defendant's Motions for Summary Judgment and Daubert Motions, currently due Friday, October 18, 2024. This extension would change the deadline to file response to Defendant's Motions for Summary Judgment and Daubert Motions to Friday, November 1, 2024.

In support, Plaintiffs state:

1. Plaintiff Doe 2 sought emergency care at a hospital on Sunday, October 13, 2024.

2. Plaintiff Doe 2 underwent emergency surgery that same day.

3. This invasive surgery came as a shock and Doe 2 has only just begun the recovery process.

4. Doe 2 will need more time to review Plaintiffs' responsive pleadings before filing and will not be capable of doing so before the current October 18 deadline.

5. Plaintiffs' counsel has reached out to counsel for the Defendant, and this motion is unopposed.

WHEREFORE Plaintiffs respectfully request a two-week extension of the deadline to file responses to Defendant's Motions for Summary Judgment and Daubert Motions in this matter to Friday, November 1, 2024.

DATED: October 15, 2024

Respectfully submitted,

*/s/ Elizabeth K. Abdnour*
Elizabeth K. Abdnour
0081795 (OH), P78203 (MI)
Megan N. Mitchell
2102019 (AK) 53803 (CO) P87312 (MI)
ABDNOUR WEIKER, LLP
500 E. Michigan Ave., Ste. 130
Lansing, MI 48912
(517) 994-1776
(614) 417-5081
liz@education-rights.com
megan@education-rights.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2024, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

*/s/ Elizabeth K. Abdnour*
Elizabeth K. Abdnour