IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, | Case No. 4:20-cv-03081 |
| Plaintiffs, | |
| vs. | **PLAINTIFF'S UNOPPOSED MOTION TO EXCEED WORD LIMIT** |
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | |
| Defendant. | |

Plaintiffs Jane Doe 1 and Jane Doe 2, pursuant to NECivR 7.1(d)(2), hereby move the Court for an Order allowing them to exceed the limits of 13,000 words for their Brief in support of their Response to Defendant's Motion for Summary Judgment. In support, Plaintiffs state:

1. In this case, there are two Plaintiffs, each with a Title IX, deliberate indifference claim, remaining.

2. Each of the Plaintiffs presents their own distinct and unique facts.

3. During the course of discovery, the parties exchanged approximately 12,000 pages of documents and multiple audio recordings with hours of transcribed content.

4. Defendant's Motion for Summary Judgment asked this Court to dismiss all of the remaining claims with prejudice.

5. Defendant submitted one Brief in Support of the Motion for Summary Judgment addressing both Plaintiffs' claims.

6. Plaintiff requires the additional word count in order to address all the arguments Defendant made in their Motion for Summary Judgment.

1

7. Plaintiffs' counsel contacted counsel for the Defendant on October 29, 2024 and counsel for Defendant consented to the word count extension.

8. Accordingly, Plaintiff respectfully requests leave to file a Brief in excess of the 13,000-word limit, not to exceed 18,000 words.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Motion to Exceed Word Limit, not to exceed 18,000 words.

DATED this 29th day of October, 2024.

JANE DOE 1 and JANE DOE 2,
Plaintiffs

By: */s/ Megan N. Mitchell*
Elizabeth K. Abdnour
0081795 (OH), P78203 (MI)
Megan N. Mitchell
2102019 (AK), 53803 (CO), P87312 (MI)
ABDNOUR WEIKER, LLP
500 E. Michigan Ave., Ste. 130
Lansing, MI 48912
(517) 994-1776
(614) 417-5081
liz@education-rights.com
megan@education-rights.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

*/s/ Megan N. Mitchell*
Megan N. Mitchell