IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, <br><br> Plaintiffs, <br><br> vs. <br><br> BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, <br><br> Defendant. | Case No. 4:20-cv-03081 <br><br> **UNOPPOSED MOTION FOR EXTENSION OF DEADLINE** |

COMES NOW Defendant by and through its undersigned counsel, and respectfully requests that the deadline to file Reply Briefs in support of its Motion to Exclude Experts and Motion for Summary Judgment be extended from November 8, 2024, and November 15, 2024, respectively, to December 6, 2024, for both Reply Briefs. In support, Defendant states as follows:

1. The case contains large evidentiary record and each of the Plaintiffs present their own distinct and unique facts. Defendant needs additional time to review and respond to the Briefs in Opposition to the Motions, as it relates to the allegations of both Plaintiffs.

2. Moreover, the extension will accommodate Defendant's counsel's other current caseload and the Thanksgiving holiday.

3. Defendant's counsel reached out to opposing counsel on November 7, 2024, and they are unopposed to said extension.

4. Defendant is working diligently to comply with all deadlines. The enlargement of time requested will not cause any undue hardship or prejudice to any party.

WHEREFORE, Defendant respectfully requests that this Court extend the above deadline for Reply Briefs in support of its Motion to Exclude Experts and Motion for Summary Judgment to December 6, 2024.

DATED this 7th day of November, 2024.

                                BOARD OF REGENTS OF THE
                                UNIVERSITY OF NEBRASKA,
                                Defendant

By:   /s/ Lily Amare
       Susan K. Sapp #19121
       Lily Amare #25735
       Cline Williams Wright
         Johnson & Oldfather, L.L.P.
       1900 U.S. Bank Building
       233 South 13th Street
       Lincoln, NE 68508
       (402) 474-6900
       ssapp@clinewilliams.com
       lamare@clinewilliams.com

       AND

       Bren H. Chambers, #23150
       Deputy General Counsel
       University of Nebraska
       3835 Holdrege Street
       Lincoln, NE 68583-0745
       (402) 472-1201
       bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

       /s/ Lily Amare
       Lily Amare

4867-5788-8758, v. 1