IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, <br><br> Plaintiffs, <br><br> vs. <br><br> BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, <br><br> Defendant. | Case No. 4:20-cv-03081 <br><br> **UNOPPOSED MOTION FOR EXTENSION OF DEADLINE** |

COMES NOW Defendant by and through its undersigned counsel, and respectfully requests that the deadline to file Reply Briefs in support of its Motion to Exclude Experts and Motion for Summary Judgment be extended from December 6, 2024, to December 16, 2024. In support, Defendant states as follows:

1. Defendant needs additional time to complete the Reply Briefs. The case contains large evidentiary record and each of the Plaintiffs present their own distinct and unique facts.

2. This extension will continue to accommodate Defendant's counsel's other current caseload and the upcoming holidays.

3. Defendant's counsel reached out to opposing counsel on November 24, 2024, and they are unopposed to said extension.

4. Defendant is working diligently to comply with all deadlines. The enlargement of time requested will not cause any undue hardship or prejudice to any party.

WHEREFORE, Defendant respectfully requests that this Court extend the above deadline for Reply Briefs in support of its Motion to Exclude Experts and Motion for Summary Judgment to December 16, 2024.

DATED this 27th day of November, 2024.

                                        BOARD OF REGENTS OF THE
                                        UNIVERSITY OF NEBRASKA,
                                        Defendant

By:   /s/ Lily Amare
        Susan K. Sapp #19121
        Lily Amare #25735
        Cline Williams Wright
          Johnson & Oldfather, L.L.P.
        1900 U.S. Bank Building
        233 South 13th Street
        Lincoln, NE 68508
        (402) 474-6900
        ssapp@clinewilliams.com
        lamare@clinewilliams.com

               AND

        Bren H. Chambers, #23150
        Deputy General Counsel
        University of Nebraska
        3835 Holdrege Street
        Lincoln, NE 68583-0745
        (402) 472-1201
        bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

                                        /s/ Lily Amare
                                        Lily Amare

4896-2898-5857, v. 1