IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2,<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA,<br><br>Defendant. | Case No. 4:20-cv-03081<br><br>**UNOPPOSED MOTION FOR EXTENSION OF DEADLINE** |

COMES NOW Defendant by and through its undersigned counsel, and respectfully requests that the deadline to file Reply Briefs in support of its Motion to Exclude Experts and Motion for Summary Judgment be extended from December 16, 2024, to December 27, 2024. In support, Defendant states as follows:

1. Defendant needs additional time to complete the Reply Briefs and respond to Plaintiffs' Response to the Statement of Material Facts and Additional Material Facts. The undersigned counsel is diligently working on preparing the responsive documents. The legal issues presented in the pending motions are several, and the factual record is substantial. In addition, the Plaintiffs' additional material facts include 167 paragraphs. The case contains large evidentiary record and each of the Plaintiffs present their own distinct and unique facts. Specifically, the evidentiary record utilized in the pending motions are approximately 123 documents. And, the parties have exchanged approximately 12,000 pages of documents and multiple audio records with hours of transcribed content. Undersigned counsel is diligently working through the documents and working on addressing the various legal issues.

2. This extension will continue to accommodate Defendant's counsel's other current caseload, which includes, but is not limited to appellate briefing and depositions.

3. Defendant's counsel reached out to opposing counsel on December 4 and 12, 2024, and they are unopposed to said extension.

4. Defendant is working diligently to comply with all deadlines. The enlargement of time requested will not cause any undue hardship or prejudice to any party. This is the final extension Defendant will seek.

WHEREFORE, Defendant respectfully requests that this Court extend the above deadline for Reply Briefs in support of its Motion to Exclude Experts and Motion for Summary Judgment to December 27, 2024.

DATED this 12th day of December, 2024.

BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA, Defendant

By: /s/ Lily Amare
Susan K. Sapp #19121
Lily Amare #25735
Cline Williams Wright
 Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 South 13th Street
Lincoln, NE 68508
(402) 474-6900
ssapp@clinewilliams.com
lamare@clinewilliams.com

AND

Bren H. Chambers, #23150
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
(402) 472-1201
bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

/s/ Lily Amare
Lily Amare

4930-1340-3397, v. 1