UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JANE DOE 1 and JANE DOE 2.                    Case No. 4:20-cv-03081

      Plaintiffs,                    District Judge Robert F. Rossiter, Jr.
                    Magistrate Judge Susan M. Bazis

v.

BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA,

      Defendant.

_____/

## NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Civil Rule 11(a)(5), I, Elizabeth Abdnour, notify the Court that my address has changed as listed below:

Old address:   500 E. Michigan Ave., Suite 130, Lansing, MI 48912

New address:  325 E. Grand River Ave., Suite 250, East Lansing, MI 48823

My telephone number remains the same.


Date:   December 20, 2024                    Respectfully submitted,

                    **/s/ Elizabeth K. Abdnour**
                    Elizabeth K. Abdnour
                    ABDNOUR WEIKER, LLP
                    Attorney for Plaintiffs
                    325 E. Grand River Ave., Suite 250
                    East Lansing, MI 48823
                    517-994-1776
                    liz@education-rights.com

1

## CERTIFICATE OF SERVICE

I, Elizabeth K. Abdnour, counsel for Plaintiff, certify that on December 20, 2024, I filed

this Notice by use of this Court's ECF system, which will serve copies to all counsel of record.


*/s/ Elizabeth K. Abdnour*
Elizabeth K. Abdnour