IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2,<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA,<br><br>Defendant. | Case No. 4:20-cv-03081<br><br>**DEFENDANT'S MOTION FOR LEAVE TO FILE RESTRICTED ACCESS DOCUMENTS** |

Defendant Board of Regents of the University of Nebraska ("BRUN"), pursuant to NECivR 5.3(C)(1), moves the Court for leave to file restricted access documents in support of their Motions for Summary Judgment and to Exclude Expert Testimony (Daubert). In support of this motion, Defendant states:

1. The Court has entered an Order and Protective Order allowing Doe 1 and 2 to proceed under pseudonym and to designate documents and materials subject to disclosure as confidential. [Doc. No. 70.]

2. In support of Defendant's Motion for Summary Judgment and Motion to Exclude Plaintiffs' Experts, Defendant is filing briefing and exhibits, including discovery material marked confidential, or documents that reflect information from materials marked confidentially.

3. Such confidential documents and materials are necessary evidence to support Defendant's arguments in support of its Motions.

4. Because the documents themselves are protected as confidential or reflect confidential information, redaction would insufficiently protect the documents as required by the Court's Protective Order.

5. All the supplemental evidence submitted by Defendant is confidential documents that ought to be restricted.

WHEREFORE, Defendant respectfully requests leave of the Court to file restricted access all supplemental evidence submitted by Defendants, as identified in the supplemental index of evidence, in support of its Motions.

DATED this 6th day of January, 2025.

                                      BOARD OF REGENTS OF THE
                                      UNIVERSITY OF NEBRASKA, Defendant

By:   /s/ Lily Amare
       Susan K. Sapp #19121
       Lily Amare #25735
       Cline Williams Wright
        Johnson & Oldfather, L.L.P.
       1900 U.S. Bank Building
       233 South 13th Street
       Lincoln, NE 68508
       (402) 474-6900
       ssapp@clinewilliams.com
       lamare@clinewilliams.com

            AND

Bren H. Chambers, #23150
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
(402) 472-1201
bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

                                      /s/ Lily Amare
                                      Lily Amare

4913-1581-6204, v. 1