IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1, and JANE DOE 2,<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA,<br><br>Defendant. | 4:20CV3081<br><br><br>**ORDER SETTING TRIAL AND PRETRIAL CONFERENCE (AMENDED)** |

A hearing was held on March 7, 2025 on the parties' joint motion for extension of deadlines (Filing No. 167). Elizabeth K. Abdnour and Megan N. Mitchell appeared on behalf of Plaintiffs Jane Doe 1 and Jane Doe 2. Lily Amare, Susan K. Sapp, and Bren H. Chambers appeared on behalf of Defendant Board of Regents of the University of Nebraska. The Pretrial Conference and Trial dates will be amended but the court does not adopt the dates requested by the parties. Accordingly,

IT IS ORDERED that the parties' joint motion for extension of deadlines is granted in part (Filing No. 167), with the Pretrial Conference and Trial deadlines amended as follows:

1)  The non-jury trial of this case is set to commence before Robert F. Rossiter, Jr., Chief United States District Judge, in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **September 8, 2025**, or as soon thereafter as the case may be called, for a duration of eight (8) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

2)  The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **August 8, 2025** at **10:00 a.m.**, and will be conducted by

internet conferencing. Conferencing instructions will be provided by the court prior to the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to carson@ned.uscourts.gov, in Word format, by 5:00 p.m. on August 1, 2025.

3) The parties are ordered to comply with Judge Rossiter's Civil Non-jury Trial Practices posted at: https://www.ned.uscourts.gov/attorney/judges-information.

4) Motions in limine and motions for pre-trial evidentiary hearings on the admissibility of evidence must be filed at least twenty-eight days prior to trial.

Dated this 7th day of March, 2025.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge