IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA,<br><br>Defendant. | 4:20CV3081<br><br>JUDGMENT |

In accordance with the Memorandum and Order entered today (Filing No. 171), judgment is entered in favor of defendant the Board of Regents of the University of Nebraska and against plaintiffs Jane Doe 1 and Jane Doe 2. *See* Fed. R. Civ. P. 58(a).

Dated this 9th day of May 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge